WEINBERG ZAREH MALKIN PRICE LLP
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Phone: 212-899-5470
Adrienne Woods, Esq.
Email: awoods@wzmplaw.com

*Bankruptcy Attorneys for Audrey Halpern*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER CABRERA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>AUDREY HALPERN, MD, P.C. d/b/a THE MANHATTAN CENTER FOR HEADACHE & NEUROLOGY, H2C MANAGEMENT, LLC and AUDREY HALPERN,<br><br>                    Defendants. | Case No.: 1:24-cv-09980-KPF<br><br>**NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR AUDREY HALPERN** |

**PLEASE TAKE NOTICE** that, on September 2, 2025, Audrey Halpern ("**Debtor**") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 ("**Bankruptcy Code**"), in the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"). The Debtor's chapter 7 case is pending before the Honorable Martin Glenn, United States Chief Bankruptcy Judge. A copy of the voluntary petition is annexed hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of the voluntary petition gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the case or (ii) to recover a claim against the Debtor that arose before the

commencement of the case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained prior to the commencement of the case; and (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate. No order has been entered in the Debtor's bankruptcy case granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtor's case may be obtained by (i) visiting the Court's website at http://www.nyeb.uscourts.gov/bankruptcy (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated: September 29, 2025  
       New York, New York

WEINBERG ZAREH MALKIN PRICE LLP

By: */s/ Adrienne Woods*  
Adrienne Woods, Esq.  
45 Rockefeller Plaza, 20th Floor  
New York, New York 10111  
Phone: 212-899-5470  
Email: awoods@wzmplaw.com

*Bankruptcy Attorneys for*  
*Audrey Halpern*

```
The Court has reviewed the notice regarding the pending bankruptcy
petition.  (Dkt. #35).  This matter is hereby STAYED pursuant to
11 U.S.C. § 362.  The parties are hereby ORDERED to file a joint
letter updating the Court on the status of the pending bankruptcy
petition on or before January 28, 2026, and every 60 days
thereafter, or within a week of any significant update in the
pending bankruptcy proceeding.

Dated:    September 30, 2025           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE